Kevan T. Montoya
Montoya Hinckley PLLC
4301 Tieton Drive
Yakima, WA  98908
Attorneys for Defendant
Phone: (509) 895-7373
Fax: (509) 895-7015
kevan@montoyalegal.com

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AVIANNA MORENO and ANDREA CANTU,<br><br>                    Plaintiffs,<br><br>vs.<br><br>YAKIMA SCHOOL DISTRICT NO. 7, JOHN R. IRION, in his individual capacity, CELICIA MAHRE, in her individual capacity, ROBERT STANLEY, in his individual capacity, and STEVEN MCKENNA, in his individual capacity,<br><br>                    Defendants. | Case No.: 1:20-cv-03002-TOR<br><br>FIRST AMENDED ANSWER OF STEVEN MCKENNA |

Steven McKenna answers the Complaint and Demand for Jury Trial as follows:

    1.-2.  Admitted.

    3.-5.  Without knowledge.

    6.  Admit that Steven McKenna resides in Selah, Washington.  The remainder of the paragraph is denied.

FIRST AMENDED ANSWER
OF STEVEN MCKENNA            - 1

**MONTOYA HINCKLEY PLLC**
4301 Tieton Drive
Yakima, WA 98908
**(509) 895-7373**

7.-11.  Without knowledge.

12.-13.  Admitted.

14.  Without knowledge.

15.-16.  Admitted.

17.-19.  Without knowledge.

20.  Admitted.

21.-23.  Without knowledge.

24.-91.  Without knowledge.

92. Admit that Jackie Graf was the coach for the Davis Dance Team during 2017-2018.  Without information as to the remainder of the paragraph.

93.-101.  Denied, except that Mr. McKenna admits that at various times Ms. Moreno was a member of the Davis dance team.

102.-143.  Without knowledge.

144.  Denied, except that Mr. McKenna admits that school board meetings occurred on September 18, 2018 and October 16, 2018.

145.-148.  Denied.

149.  Mr. McKenna admits that the school board meeting published the minutes for the meetings online and in paper copy.  The rest of the paragraph is denied.

150.-156.  Without knowledge.

FIRST AMENDED ANSWER
OF STEVEN MCKENNA       - 2

157.  As answered above.

158.-162.  Without knowledge.

163.-168.  Denied.

## CAUSE OF ACTION NO. 1

1.  As answered above.

2.-10.  Without knowledge.

## CAUSE OF ACTION NO. 2

1.  As answered above.

2.  Without knowledge.

3.  Admitted.

4.-6.  Denied.

7.  Denied, except Mr. McKenna admits Ms. Moreno had the right to be free of discrimination.

## CAUSE OF ACTION NO. 3

1.  As answered above.

2.  Without knowledge.

a.  1.-2.  Admitted.

   3.-4.  Without knowledge.

b.  5.-6.  Admitted.

   7.-8.  Without knowledge.

FIRST AMENDED ANSWER
OF STEVEN MCKENNA              - 3

**MONTOYA HINCKLEY PLLC**
4301 Tieton Drive
Yakima, WA 98908
**(509) 895-7373**

c. 1. Without knowledge.

   2. Admitted.

   3.-4. Without knowledge.

## CAUSE OF ACTION NO. 4

1. As answered above.

2.-4. Without knowledge.

## CAUSE OF ACTION NO. 5

1. As answered above.

2. Without knowledge.

3. Admitted.

4. Without knowledge.

5. Without knowledge.

a. 6.-10. Without knowledge.

b. 11.-14. Without knowledge.

## CAUSE OF ACTION NO. 6

1. As answered above.

2.-7. Without knowledge.

## CAUSE OF ACTION NO. 7

1. As answered above.

2. Without knowledge.

FIRST AMENDED ANSWER
OF STEVEN MCKENNA    - 4

3.  Admitted.

4.-9.  Without knowledge, except that Mr. McKenna admits that Ms. Moreno was a student at Davis at various times.

## CAUSE OF ACTION NO. 8

1.  As answered above.

2.  Without knowledge.

3.-4.  Denied.

5.-8.  Without knowledge.

## CAUSE OF ACTION NO. 9

1.  As answered above.

2.  The first sentence is admitted.  The remainder of the paragraph is denied.

3.-4.  Without knowledge.

## CAUSE OF ACTION NO. 10

1.  As answered above.

2.-8.  Without knowledge.

## CAUSE OF ACTION NO. 11

1.  As answered above.

2.-6.  Denied.

FIRST AMENDED ANSWER
OF STEVEN MCKENNA         - 5

# CAUSE OF ACTION NO. 12

1. As answered above.

2.-3. Denied.

As AFFIRMATIVE DEFENSES, Mr. McKenna alleges: failure to state a claim upon which relief may be granted, RCW 4.24.510, truthful statements, statements of opinion, waiver, absence of malice, rhetorical hyperbole, and innocent construction.

WHEREFORE, Mr. McKenna prays for relief as follows:

1. For an order dismissing the Plaintiffs' Complaint with Prejudice;

2. For costs and attorney's fees as allowed by Washington law, including RCW 4.24.510;

3. For costs and attorney's fees against the Plaintiffs for violation of Fed. R. Civ. P. 11 as to claims against Mr. McKenna; and

4. For such other and further relief as the court may deem just and equitable.

DATED this 26th day of February, 2020.

> s/ Kevan T. Montoya, WSBA No. 19212
> MONTOYA HINCKLEY PLLC
> *Attorneys for Defendant*
> 4301 Tieton Drive
> Yakima, WA  98908
> Telephone:  (509) 895-7373
> Fax:  (509) 895-7015
> Email:   kevan@montoyalegal.com

# CERTIFICATE OF SERVICE

    I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System.  The NEF for the foregoing specifically identifies recipients of electronic notice.

                                s/ Kevan T. Montoya, WSBA No. 19212
                                MONTOYA HINCKLEY PLLC
                                *Attorneys for Defendant*
                                4301 Tieton Drive
                                Yakima, WA  98908
                                Telephone:  (509) 895-7373
                                Fax:  (509) 895-7015
                                Email:    kevan@montoyalegal.com

FIRST AMENDED ANSWER
OF STEVEN MCKENNA             - 7

**MONTOYA HINCKLEY PLLC**
4301 Tieton Drive
Yakima, WA 98908
**(509) 895-7373**