UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AVIANNA MORENO and ANDREA CANTU,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>YAKIMA SCHOOL DISTRICT NO. 7, JOHN R. IRION, in his individual capacity, CECILIA MAHRE, in her individual capacity, ROBERT STANLEY, in his individual capacity, and STEVEN MCKENNA, in his individual capacity,<br><br>　　　　　Defendants. | NO. 1:20-CV-3002-TOR<br><br>ORDER DISMISSING DEFENDANT STEVEN MCKENNA |

BEFORE THE COURT are Defendant Steven McKenna's Motion for Summary Judgment (ECF No. 12) and Plaintiffs' Motion for Voluntary Dismissal of Defendant Steven McKenna (ECF No. 26). These matters were submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

ORDER DISMISSING DEFENDANT STEVEN MCKENNA ~ 1

1    On April 8, 2020, Defendant McKenna filed a Motion for Summary

2 Judgment.  ECF No. 12.  On June 3, 2020, Plaintiffs filed a Motion for Voluntary

3 Dismissal of Defendant McKenna without prejudice pursuant to Fed. R. Civ. P.

4 41(a)(2).  ECF No. 26.  Defendant McKenna then filed a notice that the parties

5 stipulated to dismissal of Defendant McKenna with prejudice.  ECF No. 29-1.

6 **ACCORDINGLY, IT IS HEREBY ORDERED:**

7    1. Plaintiffs' Motion to Dismiss (ECF No. 26) is GRANTED.  Plaintiffs'
8       claims against Defendant McKenna are dismissed with prejudice.
9    2. Defendant McKenna's Motion for Summary Judgment (ECF No. 12) is
10      DENIED as moot.

11   The District Court Executive is directed to enter this Order, terminate Steven

12 McKenna as a Defendant in this matter, and furnish copies to counsel.  Each party

13 to bear its own costs and expenses.

14    **DATED** June 16, 2020.



THOMAS O. RICE
Chief United States District Judge