HONORABLE THOMAS O. RICE

ALEX HAGEL, WSBA No. 55423
Cedar Law PLLC
113 Cherry Street, PMB 96563
Seattle, WA 98104-2205
(206) 607-8277; fax (206) 237-9101
Attorney for Plaintiffs

# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AVIANNA MORENO and ANDREA CANTU, <br><br> Plaintiffs, <br><br> vs. <br><br> YAKIMA SCHOOL DISTRICT NO. 7, JOHN R. IRION, in his individual capacity, CECILIA MAHRE, in her individual capacity, and ROBERT STANLEY, in his individual capacity, <br><br> Defendants. | Case No. 1:20-cv-03002-TOR <br><br> NOTICE OF WITHDRAWAL OF COUNSEL |

Please take notice that ALEX HAGEL, of Cedar Law PLLC, hereby withdraws as attorney for plaintiffs, effective immediately. Shannon McMinimee, of McMinimee Law, remains as counsel for Plaintiffs. You are hereby directed to serve all future pleadings and papers to:

NOTICE OF WITHDRAWAL OF COUNSEL - page - 1

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
206.607.8277 (tel)
206.237.9101 (fax)

Shannon McMinimee
McMinimee Law
120 N. 50th Ave., Suite B
Yakima, WA 98908
(206) 226-9257
shannon@mcminimeelaw.com

Dated this 7th day of February, 2022.

_____
Alex Hagel, WSBA No. 55423
Alex@cedarlawpllc.com
Cedar Law PLLC

NOTICE OF WITHDRAWAL OF COUNSEL - page - 2

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
206.607.8277 (tel)
206.237.9101 (fax)